CINDY M. RUCKER (SBN 272465)
cmekari@maynardcooper.com
**MAYNARD, COOPER & GALE, LLP**
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Telephone: (323) 987-3356
Facsimile:  (205) 254-1999

Attorney for Defendant
ATHENE ANNUITY AND LIFE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH V. GARDNER, | Case No. 2:20-cv-07115-DMG-MAA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| v. | |
| ATHENE ANNUITY AND LIFE COMPANY, ET AL, | |
| Defendant(s). | |

    WHEREAS, Plaintiff Joseph V. Gardner ("Plaintiff") filed his Class Action Complaint on August 7, 2020;

    WHEREAS, Athene Annuity and Life Company ("Defendant"), the sole defendant in the above-titled action, executed a Waiver of the Service of Summons, and has not yet filed a response to the Class Action Complaint;

WHEREAS, the Court has never certified any class in the above-entitled action under Federal Rule of Civil Procedure 23, nor was a motion for class certification filed;

WHEREAS, the Parties have reached a settlement of Plaintiff's individual claims;

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE to dismissal of the above-entitled action and all claims asserted by Plaintiff therein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Such dismissal shall be with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of any putative class members. *See* Fed. R. Civ. P. 23(e); Rule 23 Advisory Committee Notes, 2003 Amendments (requiring court approval only if the claims "of a *certified class* are resolved by a settlement, voluntary dismissal, or compromise"). The parties are to bear their own fees and costs.

DATED: October 6, 2020                     MAYNARD, COOPER & GALE LLP

                                            /s/  Cindy M. Rucker
                                            Cindy M. Rucker
                                            *Attorney for Defendant*
                                            ATHENE ANNUITY AND LIFE COMPANY

DATED: October 6, 2020                     EVANS LAW FIRM, INC.

                                            /s/  Ingrid M. Evans
                                            Ingrid M. Evans
                                            *Attorney for Plaintiff*
                                            JOSEPH V. GARDNER

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION**

1 | Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Central District of California, I certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained authorization from Ingrid M. Evans to affix her electronic signature to this document.

DATED: October 6, 2020

*/s/ Cindy M. Rucker*
Cindy M. Rucker

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION**

# PROOF OF SERVICE

STATE OF CALIFORNIA            )
COUNTY OF SAN FRANCISCO        )

I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard, Cooper & Gale, LLP, 600 Montgomery Street, Suite 2600, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

**[X]   By CM/ECF ELECTRONIC SERVICE**: The following are registered CM/ECF users with the Court, and have consented to service through the Court's automatic transmission of a notice of electronic filing:

> INGRID M. EVANS (State Bar No. 179094)
> EVANS LAW FIRM, INC.
> 3053 Fillmore Street, #236
> San Francisco, CA 94123
> Telephone: 415.441.8669
> Facsimile: 888.891.4906
> E-mail: ingrid@evanslaw.com
>
> ANDREW S. FRIEDMAN (to be admitted pro hac vice)
> FRANCIS J. BALINT, JR. (to be admitted pro hac vice)
> BONNETT FAIRBOURN FRIEDMAN & BALINT, PC
> 2325 E. Camelback Road, Suite 300
> Phoenix, AZ 85016
> Telephone: 602.274.1100
> Facsimile: 602.274.1199
> E-mail: afriedman@bffb.com
> E-mail: fbalint@bffb.com
>
> Attorneys for Plaintiff
> Joseph V. Gardner

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on October 6, 2020 at San Francisco, California.

_____
Sam Roberson