JS-6

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

JOSEPH V. GARDNER,

11

Plaintiff,

12

v.

13

14   ATHENE ANNUITY AND LIFE
     COMPANY, ET AL,

15

Defendant(s).

16
17
18

)   Case No.: CV 20-7115-DMG (MAAx)
)
)   **ORDER RE STIPULATION FOR**
)   **DISMISSAL OF ENTIRE ACTION**
)   **[23]**
)
)
)
)
)
)
)
)
)
)
)

19
20
21
22
23
24
25

1

1    PURSUANT TO THE PARTIES' STIPULATION, and for good cause
2  shown,

3    IT IS HEREBY ORDERED THAT the above-captioned action is hereby
4  dismissed in its entirety and with prejudice as to Plaintiff's individual claims, and
   without prejudice as to any claims by the putative, uncertified class alleged by Plaintiff
5  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  All scheduled dates and
6  deadlines are VACATED.

7

8  DATED:  October 6, 2020                    _____
                                             DOLLY M. GEE
9                                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2